IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOHN DAVLIN VEZINA,<br><br>      Defendant. | No. 6:15-mj-00017-MJS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on March 22, 2017 to 20 days in custody (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **March 22, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE